OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL NOTICE
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401682 SEP. 24. 2015

9/23/2015
Ortiz, Oscar Orlando          Tr. Ct. No. 1150848-A          WR-81,487-01
This is to advise that the Court has denied without written order motion for leave to
file the original application for writ of mandamus.

Abel Acosta, Clerk

OSCAR ORLANDO ORTIZ
- TDC #1525993

EBN3B 79735